IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAWRENCE BISS | : | CIVIL ACTION |
| v. | : | |
| GEHRING-MONTGOMERY, INC., ET AL. | : | NO. 16-4472 |

## **ORDER**

**AND NOW**, this 3rd day of May, 2017, upon consideration of Defendants' Motion to Dismiss Count V (Docket No. 5) and all documents filed in connection therewith, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.