IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LAWRENCE BISS                          :           CIVIL ACTION
                                       :
          v.                           :
                                       :
GEHRING-MONTGOMERY, INC., ET AL.   :           NO.  16-4472

## ORDER

**AND NOW**, this 22nd day of May, 2017, upon consideration of "Defendants Thomas Sprock and Oliver Zimmerman's Motion to Dismiss Plaintiff's Complaint for Lack of Personal Jurisdiction" (Docket No. 19) and all documents filed in connection therewith, and for the reasons given in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova

_____
John R. Padova, J.